UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL J. HARRIS,

                    Plaintiff,

        v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security

                    Defendants.

Case No. 2:17-cv-00819-RAJ

ORDER REVERSING
DEFENDANT'S DECISION TO
DENY BENEFITS AND
REMANDING FOR FURTHER
ADMINISTRATIVE PROCEEDINGS

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of

Judge Theresa L. Fricke, United States Magistrate Judge, and objections to the report and

recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     the Court adopts the Report and Recommendation;

(2)     the ALJ erred in her decision as described in the Report and Recommendation;

        and

(3)     the matter is therefore REVERSED and remanded to the Commissioner for

        further administrative proceedings

Dated this 14th day of February, 2018.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER REVERSING DEFENDANT'S DECISION TO
DENY BENEFITS AND REMANDING FOR FURTHER
ADMINISTRATIVE PROCEEDINGS - 1