U.S. DISTRICT COURT JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL J. HARRIS,                     )
                                       )
                    Plaintiff,         )      Civil No.  2:17-cv-00819-RAJ-TLF
                                       )
         v.                            )
                                       )      ~~PROPOSED~~ ORDER
NANCY A. BERRYHILL, Acting             )
Commissioner of Social Security,       )
                                       )
                                       )
                    Defendant.         )
                                       )

THIS MATTER having been brought before this Court upon the parties' Stipulated

Motion for Equal Access to Justice Act attorneys' fees and costs, and the Court having fully

considered this matter:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulated Motion

for EAJA attorney fees is Granted and Plaintiff is awarded attorneys' fees in the amount of

$6,139.84 and reimbursement of expenses in the amount of $30.87 for a total of $6,170.71

pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, subject to any offset as described

**ROBEY NAMBA, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

~~[PROPOSED]~~ ORDER - 1

in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Plaintiff is also awarded $11.20 in costs under 28 U.S.C. § 1920.

The check(s) shall be mailed to Plaintiff's attorney's office: Robey Namba, P.S., 1414 F Street, Bellingham, WA 98225. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made payable to Robey Namba, P.S., based upon Plaintiff's assignment of these amounts to Plaintiff's attorney as evidenced by the April 3, 2017 Confirmation of Assignment of EAJA Fee / Cost Checks included as an Exhibit to the Stipulated Motion.

DATED this 25th day of April, 2018.

The Honorable Richard A. Jones
United States District Judge

ROBEY NAMBA, P.S.
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

[PROPOSED] ORDER - 2